UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RICHARD SOLAR | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:20-cv-04159 |
| | § | |
| | § | |
| MALIK DAJOUR JACKSON and | § | |
| ENTERPRISE FLEET MANAGEMENT, | § | |
| Defendants | § | |

### JOINT MOTION TO REMAND CASE TO STATE DISTRICT COURT

Plaintiff RICHARD SOLAR and Defendants, MALIK DAJOUR JACKSON and ENTERPRISE FLEET MANAGEMENT, INC., submit this Joint Motion to Remand Case to State District Court and in support would respectfully show the Honorable Court as follows:

1. Plaintiff initially filed suit in this pending matter on or about October 28, 2020. The case was assigned to the 234th Judicial District Court of Harris County, Texas. The case was docketed as Cause No. 2020-69450 and styled *Richard Solar v. Malik Dajour Jackson and Enterprise Fleet Management*. On or about December 4, 2020, Defendants filed a Notice of Removal of the civil action to the United States District Court for the Southern District of Texas, Houston Division, as numbered and styled above.

2. On or about December 8, 2020, counsel for Plaintiff and Defendants agreed that the instant cause would be remanded back to the 234th Judicial District Court of Harris County, Texas for further resolution/disposition.

3. The procedural requirements for removal under 28 U.S.C. § 1446 are strictly enforced. These requirements state, inter alia, that removal based on diversity is not applicable when a defendant is a resident of the original forum state. In this case, Defendant Malik Dajour Jackson is a Texas resident.

4.      Counsel for Plaintiff and Defendants respectfully request and pray that the Court issue an Order remanding the instant cause to the 234th Judicial District Court of Harris County, Texas, under cause number 2020-69450 for further resolution and/or disposition pursuant to the agreement of counsel for Plaintiff and Defendants.

Respectfully submitted,

**BRENNIG & ASSOCIATES, P.C.**

By:    /s/ Charles C. Brennig III
       CHARLES C. BRENNIG III
       State Bar No. 00783719
       cbrennig@brenniglaw.com
       ASHLEY N. VEGA
       State Bar No. 24110478
       avega@brenniglaw.com
       5555 San Felipe Street, Suite 610
       Houston, TX 77056
       Telephone: (713) 622-5900
       Facsimile: (713) 622-5910
       **ATTORNEYS FOR DEFENDANTS**
       *Malik Dajour Jackson and Enterprise Fleet Management, Inc.*

**SLOAN HATCHER PERRY RUNGE ROBERTSON & SMITH**

By:    /s/ Chinaz Koch (with permission)
       JOSEPH K. JONES
       State Bar No. 24076466
       jjones@sloanfirm.com
       CHINAZ KOCH
       State Bar No. 24116631
       ckoch@sloanfirm.com
       15010 FM 529
       Houston, TX 77095
       Telephone: (713) 520-8833
       Facsimile: (713) 520-9933
       **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

I hereby certify that on December 8, 2020, I conferred with Plaintiffs' counsel by telephone regarding this motion, and Plaintiffs' counsel is agreed to the filing of this motion and the matters expressed therein.

/s/ Charles C. Brennig III
CHARLES C. BRENNIG III

## CERTIFICATE OF SERVICE

I hereby certify that on the December 23, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Charles C. Brennig III
CHARLES C. BRENNIG III