United States District Court
Southern District of Texas
**ENTERED**
December 30, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RICHARD SOLAR, | § § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. 4:20-CV-4159 |
| MALIK DAJOUR JACKSON ENTERPRISE FLEET MANAGEMENT, INC., | § § § § § § | |
| Defendants. | § § | |

# O R D E R

The Court has considered the Joint Motion to Remand Case to State District Court, the Court hereby finds the motion is well taken and should be **GRANTED**.

**IT IS HEREBY ORDERED** that this cause is **REMANDED** to the 234th Judicial District Court of Harris County, Texas, under cause number 2020-69450.

**SIGNED** on this the __24th__ day of December, 2020, at Houston, Texas.

**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**